# Intended Notice Recipients – Method of Notice

District/Off: 0209–2                   User: clifford                   Date Created: 3/1/2007

Case: 2–06–21242–JCN              Form ID: ntcentry               Total: 6

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*
tr          George M. Reiber          trustee13@roch13.com, greiber@roch13.com

TOTAL: 1

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*
db          Matthew J. Phillips        5746 Clover Meadow Lane          Farmington, NY 14425
jdb         Tina K. Phillips           5746 Clover Meadow Lane          Farmington, NY 14425
aty         Bonnie S. Baker            Deily, Mooney &Glastetter, LLP       8 Thurlow Terrace          Albany, NY 12203–1006
aty         Carl J. Schwartz, Jr.      131 Main Street          P.O. Box 681          Penn Yan, NY 14527
            Kathleen D. Schmitt        United States Trustees Office          100 State Street          Suite 6090          Rochester, NY 14614

TOTAL: 5